| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-cr-63-CLC-SKL |
| v. | ) | |
| | ) | |
| KIMBERLY A. QUEEN | ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count Two of the twelve-count Indictment; (2) accept Defendant's plea of guilty to Count Two of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count Two of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter(Court File No. 19). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count Two of the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to Count Two of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release

pending sentencing in this matter which is scheduled to take place on **May 7, 2015,**

**at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**